# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

RODNEY L. JONES
ADC# 148884                                                                                          PETITIONER

VS.                                          5:15-CV-00357-BRW-BD

WENDY KELLEY, Director,
Arkansas Department of Correction                                                    RESPONDENT

## ORDER

I have reviewed the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. I have also considered Mr. Jones's objections to the Recommendation and I have reviewed *de novo* those portions of the record relating to Mr. Jones's objections. After careful consideration, I adopt as my findings in all respects the Recommendation in its entirety. Accordingly, Petitioner Rodney Jones's petition for writ of habeas corpus (Doc. No. 1) is DENIED and DISMISSED with prejudice.

A certificate of appealability under Rule 11 of the Rules Governing Section 2254 Cases is denied because Mr. Jones has not made a substantial showing of the denial of a constitutional right.[1]

IT IS SO ORDERED, this 21st day of June, 2016.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] *See* 28 U.S.C. § 2253(c)(1)-(2).