IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RODNEY L. JONES
ADC#14884                                                                                          PETITIONER

CASE NO. 5:15-CV-357-BRW-BD

WENDY KELLEY, Director,
Arkansas Department of Correction                                                 RESPONDENT

## ORDER

I have reviewed the Recommended Disposition filed by Magistrate Judge Beth Deere. After careful consideration of the Recommendation and Mr. Jones's timely objections, and after a *de novo* review of the record, I approve and adopt the Recommendation in all respects.

When entering a final order adverse to a habeas corpus petitioner, I must issue or deny a certificate of appealability. Rule 11 of the Rules Governing Section 2254 Cases. A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). In this case, there is no basis to issue a certificate of appealability. Accordingly, a certificate of appealability is denied.

Petitioner Rodney L. Jones's petition for writ of habeas corpus (#1) is DENIED and DISMISSED.

IT IS SO ORDERED this 25th day of October, 2017.

/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE