IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RODNEY L. JONES
ADC#14884                                                                                  PETITIONER

CASE NO. 5:15-CV-357-BRW-BD

WENDY KELLEY, Director,
Arkansas Department of Correction                                                RESPONDENT

## JUDGMENT

Consistent with the Order entered today, this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 25th day of October, 2017.

/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE